**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01390-CR

**LUIS ANTONIO RIQUIAC-QUEUNAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-1330617-X**

## ORDER

The State's June 8, 2015 motion for an extension of time in which to file its brief is

**GRANTED**. The brief, which was filed simultaneously with the State's motion, is deemed

timely filed on June 8, 2015.

/s/     ELIZABETH LANG-MIERS
PRESIDING JUSTICE